# Exhibit A to Scheduling Order
## Egyptian Department of Defense v. Alboghdady, et al.
## Case No. 1:21-cv-01144-BAH

| Event | Deadline |
| --- | --- |
| | |
| Joinder / Amendment of Pleadings | 90 days after Scheduling Order issued |
| Close of Fact Discovery | 105 days after Scheduling Order issued |
| Propounding Party's Expert Disclosure | 30 days after Close of Fact Discovery by 6:00 pm |
| Rebuttal Expert Disclosure | 60 days after Close of Fact Discovery by 6:00 pm |
| Reply Expert Reports due | 90 days after Close of Fact Discovery by 6:00 pm |
| Close of Expert Discovery | 120 days after Close of Fact Discovery |
| Daubert Motions due | 30 days after Close of Expert Discovery |
| Joint Proposed Final Pretrial Order - LR 16.3(c) | 21 days before Pretrial Conference by 5:00 pm |
| Rule 16(e) Final Pretrial Conference | 30 days after Daubert Motion Deadline |
| Trial | 30 days after Final Pretrial Conference |
| | |
| | |
| | |